**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ADRIA VITTITOW,
    Plaintiff(s),

Case No. 09-13587
HON. BERNARD A. FRIEDMAN

vs.

BEACON HILL APARTMENTS, ET AL,
    Defendant(s).

_____/

## NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT

The following motion(s) having been filed: Defendant, Beacon Hill Apartments' Motion to Dismiss filed on 12/15/09. The Court having reviewed the same and pursuant to Eastern District of Michigan LR 7.1(e)(2),

IT IS ORDERED that response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(d); and that the motions will be determined **without** oral argument.

        s/Bernard A. Friedman
        BERNARD A. FRIEDMAN
        UNITED STATES DISTRICT JUDGE

Dated: December 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel.

        s/Carol Mullins
        Case Manager