UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ADRIA VITTITOW,

          Plaintiff,                  Case No.09-13587
                                       HON. BERNARD A. FRIEDMAN

vs.

BEACON HILL APARTMENTS, LLC., et al.,

          Defendants.
_____/

## <u>ORDER FOR ADDITIONAL BRIEFING</u>

On February 25, 2010, the Court issued an Order Granting Beacon Hill Apartments,

LLC's Motion to Dismiss. On April 28, 2010, Plaintiff filed a Motion to Reopen Case To File A

First Amended Complaint.

The Court, having reviewed Plaintiff's Motion, finds that a response from Defendant is

warranted.

Accordingly,

IT IS ORDERED that Defendant is to file a response to Plaintiff's Motion to Reopen

Case To File A First Amended Complaint within twenty-one days of the date of this Order.

Defendant's response is to be limited to ten pages.

DATED:  May 7, 2010          s/Bernard A. Friedman_____
                              BERNARD A. FRIEDMAN
                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 7, 2010.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager